IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-117-F

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>IVONNE I. BETANCOURT and RAFAEL O. MOLINA, JR.<br><br>Defendants | **ORDER ON MOTION TO SEAL CERTAIN EXHIBITS UNDER SEAL** |

Presently before the court is Plaintiff's motion to file the following documents under seal:

1. Exhibits A, B, C, D, E, F, H, I, J and K to the Complaint

due to Social Security Numbers and dates of birth not being redacted.

For the foregoing reasons, **IT IS ORDERED** that Plaintiff's motion to seal is ALLOWED, The Clerk of Court is DIRECTED to maintain the exhibits to the Complaint under seal.

This the 5 day of March, 2014.

James C. Fox
Senior United States District Judge

1