IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-00117-F

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| IVONNE I. BETANCOURT and RAFAEL O. MOLINA, JR., | ) ) ) |
| Defendants. | ) ) |

O R D E R

This matter comes before the court on Defendant Ivonne I. Betancourt's ("Defendant")

motion to allow Mr. Curtis Baggett, Expert Document Examiner, to testify via telephone. [DE-20].

It is unclear from the motion at what proceeding Defendant is seeking authorization for Mr. Baggett

to testify via telephone. No scheduling order has been entered in the case, the parties have yet to file

a discovery plan, which is due no later than June 11, 2014, and there are currently no proceedings

scheduled before the court in this matter. The court has no context within which to determine the

propriety of the motion, and it appears to have been filed prematurely. Accordingly, Defendant's

motion is DENIED without prejudice to refile. Any future motions filed by Defendant should set

forth relevant factual information and provide a basis for the requested relief.

SO ORDERED, the **23** day of May 2014.

Robert B. Jones, Jr.
United States Magistrate Judge