IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-00117-F

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| IVONNE I. BETANCOURT and RAFAEL O. MOLINA, JR., | ) ) ) | |
| Defendants. | ) | |

This matter comes before the court on the *pro se* Defendant Ivonne I. Betancourt's ("Defendant") motion to subpoena Walgreens to produce documents. [DE-28]. The court itself does not subpoena documents for a party; however, Rule 45 of the Federal Rules of Civil Procedure provides the mechanism by which a party may obtain a subpoena to command the production or inspection of documents:

> The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service. An attorney also may issue and sign a subpoena if the attorney is authorized to practice in the issuing court.

Fed. R. Civ. P. 45(a)(3). Accordingly, the court interprets Defendant's motion as a request for the Clerk of Court to issue a subpoena, and the Clerk of Court is DIRECTED, in conformity with Rule 45, to issue a signed but otherwise blank subpoena to Defendant.

SO ORDERED, the 16 day of June 2014.

Robert B. Jones, Jr.
United States Magistrate Judge