IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-117-F

| METROPOLITAN LIFE INSURANCE COMPANY, | |
|---|---|
| Plaintiff | |
| v. | **ORDER** |
| IVONNE I. BETANCOURT and RAFAEL O. MOLINA, JR. | |
| Defendants | |

Having considered plaintiff in interpleader Metropolitan Life Insurance Company's ("MetLife") motion for discharge from further liability, permanent injunction, and dismissal with prejudice, for good cause shown, and noting the consent of the Defendants, IT IS HEREBY ORDERED THAT:

1. MetLife, as a disinterested stakeholder, has fulfilled its obligations concerning the life insurance benefits under Federal Employees' Group Life Insurance Policy ("FEGLI") issued by MetLife to the Office of Personnel Management ("OPM"), with respect to benefits payable by reason of the death of Rafael O. Molina Medina;

2. Defendants Ivonne I. Betancourt and Rafael O. Molina, Jr. are permanently enjoined and restrained from instituting or prosecuting any action or proceeding against MetLife in any state or United States court for the FEGLI benefits payable by reason of

1

the death of Rafael O. Molina Medina, except by way of interpleader in this action;

3. MetLife is discharged from any and all further liability related to the FEGLI benefits at issue in this case; and

4. MetLife is dismissed from this case with prejudice.

SO ORDERED, this __1st__ day of July, 2014.

_____
James C. Fox
Senior United States District Judge